UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIK MUNOZ ONOFRE,<br><br>                    Plaintiff,<br><br>-against-<br><br>AKEEM A. DURRETTE, et al.,<br><br>                    Defendants. | 25-CV-4215 (JGLC) |
| JACQUELINE SOLORZANO VERA, et al.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>AKEEM A. DURRETTE, et al.,<br><br>                    Defendants. | 25-CV-6813 (JGLC) |

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      The Court's Order of September 4, 2025, required the parties to file a joint letter, as described in 25-cv-4215, ECF No. 7, as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, by September 17, 2025. The parties failed to timely submit the joint letter. The parties in *Solorzano Vera v. Durrette* submitted a proposed Case Management Plan but failed to indicate whether it was submitted jointly with the parties in *Onofre v. Durrette.* And no letter or joint Case Management Plan has been filed on the *Onofre* docket.

      IT IS HEREBY ORDERED that the parties file the joint letter, addressing each of the topics outlined in 25-cv-6813, ECF No. 8, and 25-cv-4215, ECF No. 11, and joint Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, no later

than September 22, 2025. The joint letter and proposed case management plan must be filed in each of the above-captioned dockets.

Dated: September 18, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge