UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIK MUNOZ ONOFRE,<br><br>        Plaintiff,<br><br>-against-<br><br>AKEEM A. DURRETTE, et al.,<br><br>        Defendants. | 25-CV-4215 (JGLC) |
| JACQUELINE SOLORZANO VERA, et al.,<br><br>        Plaintiffs,<br><br>-against-<br><br>AKEEM A. DURRETTE, et al.,<br><br>        Defendants. | 25-CV-6813 (JGLC) |

## ORDER

JESSICA G. L. CLARKE, United States District Judge:

   The Court held an Initial Pretrial Conference with counsel for all parties in the above-captioned cases. At the conference, the Court addressed the pending request for leave to file a motion for remand filed by Plaintiffs Jacqueline Solorzano Vera and Leidy Pelaez. ECF No. 7, No. 25-CV-6813. As discussed, because Defendants had no notice that the amount in controversy exceeded $75,000 until Plaintiffs Solorzano Vera and Pelaez filed their Supplemental Response to Combined Discovery Demands on July 30, 2025, ECF No. 1-3, Defendants' August 18, 2025 Notice of Removal appears to be timely, ECF No. 1. As such, it appears both matters will remain before this Court.

   The parties consented to consolidation and to mediation with the Court-annexed Mediation Program. The Court will issue separate orders consolidating the two cases and

referring the parties to mediation. Prior to mediation, counsel for Defendants is directed to provide Plaintiffs with any applicable insurance policies. The Court will also enter the parties' proposed Case Management Plan, to which all parties consented at the conference.

      The Clerk of Court is respectfully directed to terminate the motion at ECF No. 7, No. 25-CV-6813.

Dated: September 25, 2025
       New York, New York

                                SO ORDERED.

                                *Jessica Clarke*

                                JESSICA G. L. CLARKE
                                United States District Judge