UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIK MUNOZ ONOFRE,<br><br>      Plaintiff,<br><br>-against-<br><br>AKEEM A. DURRETTE, et al.,<br><br>      Defendants. | 25-CV-4215 (JGLC) |
| JACQUELINE SOLORZANO VERA, et al.,<br><br>      Plaintiff(s),<br><br>-against-<br><br>AKEEM A. DURRETTE, et al.,<br><br>      Defendant(s). | 25-CV-6813 (JGLC) |

## CONSOLIDATION ORDER

JESSICA G. L. CLARKE, United States District Judge:

  On September 4, 2025, the Court indicated that it was inclined to consolidate the above-captioned cases at this time, pursuant to Rule 42 of the Federal Rules of Civil Procedure, for general pretrial and discovery purposes. No party objected to such consolidation prior to, or at, the Initial Pretrial Conference held on September 24, 2025. Accordingly, the cases are hereby CONSOLIDATED for pre-trial purposes. The Court will address whether consolidation for trial is warranted at a later date.

  The Clerk of the Court is directed to consolidate these cases under the lead case, Docket No. 25-CV-4215. All future filings shall be made on that docket.

Dated: September 25, 2025
   New York, New York

SO ORDERED.

*Jessica Clarke*
_____
JESSICA G. L. CLARKE
United States District Judge